# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| STEVE QUIBODEAUX § | |
| and CAROLYN QUIBODEAUX § | |
| § | |
| V. § | NO. 1:07-CV-941 |
| § | |
| CERTAIN UNDERWRITERS AT § | |
| LLOYDS LONDON, ENGLAND § | |
| and GAB ROBINS NORTH § | |
| AMERICA, INC. § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order entered on January 8, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiffs' motion and dismiss claims without prejudice against GAB Robins North America, Inc.

The magistrate judge's report is hereby **ADOPTED**. Plaintiffs' claims against GAB Robins North America, Inc. are **DISMISSED** without prejudice..

So **ORDERED** and **SIGNED** this **18** day of **April, 2008.**

_____
Ron Clark, United States District Judge